# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Douglas Kemper          HU-6364
   (Name of Plaintiff)      (Inmate Number)

   301 Morea Road Frackville, PA 17932
   (Address)

(2) _____
    (Name of Plaintiff)     (Inmate Number)

   _____
   (Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) John Steinhart, CHCA  Medical Dept.

(2) Courtney Rodgers, DO  Medical Dept.

(3) Kimberly Minarchick, RNS  Medical Dept.
   (Names of Defendants) Offical Capaity.

(Each named party must be numbered,
and all names must be printed or typed)

1:17cv1833
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON

OCT 0 6 2017

PER /s/ AMD
        DEPUTY CLERK

TO BE FILED UNDER      ___ 42 U.S.C. § 1983 - STATE OFFICIALS
                       _X_ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   U.S. District Court for the Western District of Pennsylvania (Erie)

   Civil Docket For Case #: 1:16-cv-00230-SPB   KEMPER V. DR. MAXA, et al,

   Assigned to: Magistrate Judge Susan Paradise Baxter

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Institutional Request to medical Staff and Completion of grievance procedure.

2. What was the result? All grievances denied and left in State of Pain and Suffering, unnecessary wonton inflection of Pain.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Mr. John Steinhart, Corrections-Health-
Employed as Care-Administrator at State Correctional Mahanoy
Mailing address: 301 Morea Road Frackville, PA 17932

(2) Name of second defendant: Mr. Courtney Rodgers DO.
Employed as Medical Director at SCI-Mahanoy
Mailing address: 301 Morea Road Frackville, PA 17932

(3) Name of third defendant: Kimberly Minarchick (RNS) Registered
Employed as Nurse Supervisor at SCI-Mahanoy
Mailing address: 301 Morea Road Frackville, PA 17932

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. ~~On or about 11/3/2016 and 7/11/2017, Plaintiff sent inmate request to~~ medical staff Dr. Steinhart concerning severe back pain due to injury while incarcerated in PA. state correctional institution of the back area requesting physical therapy and pain management that Plaintiff

2

was told by madical staff he would receive, charged $15.00 co-pay, and was denied that medical treatment, left to suffer.

2. 6/20/2017, Plaintiff request to medical staff Dr. Rodgers, Plaintiff toes turned black, and was refused medical treatment, and due to lost of left leg, Plaintiff now living in fear he could and would loose right leg if not treated. Dr. Rodgers refused pain management, and treatment for toes, due to medical cost.

3. Medical Staff Registered nurse supervisor Minarchick, initial response in the denial to meaningful medical treatment for Plaintiff on 5/5/2017. While in the possession of Plaintiff medical records, refused to address Plaintiff medical need for pain management, and black toes with toe nails falling off, in disregard to Plaintiff medical need to lower cost.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff seeks Court Order for adequacy medical care to STOP unnecessary and wanton infliction of severe back pain due to injury obtain while incarcerated inside PA. department of corrections. Declaration Plaintiff Right's has been violated. An Injunction. Anything else the Courts thinks is fair.

2. Plaintiff seeks Court Order for adequacy medical treatment fore his Toes, due to Plaintiff is now living in constant FEAR of the lost of his only foot and leg if not treated immediately. To have all co-pay medical cost money returned to the Plaintiff and all money returned for the filing of this suit.

3. To financially punish all defendant's and Amended Defendant's for the the denial of meaningful medical care to Plaintiff to keep down medical cost. All Denfendants deliberate indifference to Plaintiff serious medical needs violated Plaintiff Rights, Constituted Cruel and unusual

3

punishment under the Eighth Amendment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5th.__ day of __October__, 20 _17_.

__Douglas Kemper__
(Signature of Plaintiff)

Douglas Kemper #HU-6364
SCI-MAHANOY
301 Morea Road
Frackville, PA  17932


OCTOBER 5, 2017


TO: CLERK OF COURT FOR THE
    UNITED STATES DISTRICT COURT FOR THE
    MIDDLE DISTRICT OF PENNSYLVANIA
    WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
    235 North Washington Avenue
    P.O. Box 1148
    Scranton, PA  18501-1148

Dear Clerk,

Please be so kind and file enclosed information which I have provided in the following manner.

1. One copy of this Civil Complaint for each Defendant's.
2. One copy of this Civil Complaint for the Clerk of Court Filing.
3. One copy of this Civil Complaint to be stamped and return to above Plaintiff.
4. Original Civil Complaint for District Judge.
5. One application to proceed in Forma Pauperis.
6. Three form USM-285, one for each of the Three Defendant's.
7. Two Notice of a lawsuit and request to wave service of a summons for each of the Three Defendant's.

THANK YOU IN ADVANCE FOR YOUR CONCERNS IN THIS MATTER.


                                    Sincerely,

                                    Douglas Kemper
Date:  OCTOBER 5, 2017              Dauglas Kemper #HU-6364
c                                   SCI-MAHANOY
                                    301 MOREA ROAD
                                    FRACKVILLE, PA  17932

Douglas Kamper HU6364
01 Morea Road
Brockville, PA 17932

RECEIVED
SCRANTON
OCT 06 2017
PER _____ DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler
10/04/2017
US POSTAGE $002.8
ZIP 179
011E1265

Clerk of Court
United States District Court
for the
Middle District of Pennsylvania
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. BOX 1148
Scranton, PA 18501-1148

Legal Mail